DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COLLIE CARTER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2166

[October 23, 2025]

Appeal of order denying rule 3.801 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 19-2667CF10A.

Collie Carter, Milton, pro se.

No appearance required for Appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***